IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 OCT 25  AM 11: 22

| | | |
|---|---|---|
| COURTLAND WALKER, AN INDIVIDUAL; ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, <br>     PLAINTIFF, <br><br> V. <br><br> ALTA COLLEGES, INC., A DELAWARE CORPORATION; WESTWOOD COLLEGE, INC., A COLORADO CORPORATION; TRAV CORPORATION, A COLORADO CORPORATION F/D/B/A WESTWOOD COLLEGE ONLINE; WESGRAY CORPORATION, F/D/B/A WESTWOOD COLLEGE ONLINE, <br>     DEFENDANTS. | § § § § § § § § § § § § § § § § § § | CAUSE NO. A-09-CA-894-LY |

**FINAL JUDGMENT**

Before the Court is the above-styled and numbered cause. On October 24, 2011, the parties filed a Stipulation of Voluntary Dismissal with Prejudice (Clerk's Doc. No. 169), disposing of all claims in this cause of action. Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _25TH_ day of October, 2011.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE